IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSE LUIS REBOLLAR-JACOBO, an individual, | ) ) ) | Case No. 15-CV-10153 |
| Plaintiff, | ) ) | |
| v. | ) ) | Honorable Charles P. Kocoras Judge Presiding |
| SOLUTION MAINTENANCE CORP., an Illinois corporation, and JOSEPH ROMEO, an individual, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## AGREED ORDER OF DISMISSAL
## PURSUANT TO STIPULATED SETTLEMENT

THIS MATTER COMING ON TO BE HEARD UPON STIPULATION FOR DISMISSAL, the Court being advised in the premises that the parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction; as follows:

1. This case is dismissed, without prejudice, and all parties shall bear their own attorney's fees and costs.

2. Any party may file a motion to enforce the parties' settlement agreement, or a motion for additional time to file a motion to enforce the settlement agreement on or before October 1, 2020.

3. In the event that no motion listed in paragraph 2 is filed on or before October 1, 2020, the case shall be dismissed with prejudice on the next business day and without further order of the Court.

AGREED TO:

/s/ Timothy M. Nolan                                    Joseph Romeo

_____                    _____
One of the attorneys for the Plaintiff                    For the Defendants